IN THE SUPREME COURT OF TEXAS

 No. 04-0101

 consolidated with

 No. 04-0102

 consolidated with

 No. 04-0126

 IN RE PETERSON CONSTRUCTION, INC.

 consolidated with

 Peterson Constrction, Inc.
 v.
 sungate development, l.l.c.

 consolidated with

 in re cervis plumbing inc.

 On Petitions for Writ of Mandamus and petitions for review

ORDERED:

 1. Relators'/petitioners' second emergency motion for stay, filed
July 13, 2004, is granted. All underlying proceedings, in Cause No. C-1895-
02-G, styled Sungate Developement, L.L.C. v. Cervis Plumbing, Inc. and
Peterson Construction, Inc., in the 370th District Court of Hidalgo County,
Texas, are stayed pending further order of this Court.

 Done at the City of Austin, this July 25, 2004.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Nancy J. Vega, Chief Deputy Clerk